IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02543-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ROBERT WAYNE ROBINSON,

    Plaintiff,

v.

HONORABLE JUDGE PAUL A. KING,
JAMES J. PETERS, Former District Attorney, and
JOHN SUTHERS, Colorado Attorney General,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff, Robert Wayne Robinson, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista Correctional Facility.  He has submitted *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>submitted certified account statement is for 4 1/2 months only</u>)

(4) __    is missing certificate showing current balance in prison account
(5) __    is missing required financial information
(6) __    is missing an original signature by the prisoner
(7) __    is not on proper form (must use the court's current form for filing prisoner complaints)
(8) __    names in caption do not match names in caption of complaint, petition or habeas application
(9) __    An original and a copy have not been received by the court. Only an original has been received.
(10) _X_  other: <u>The six-month certified account statement is only necessary if the $350 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form (must use the court's current form)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   An original and a copy have not been received by the court. Only an original has been received.
(17) __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __   names in caption do not match names in text
(19) __   other:

Accordingly, it is

    ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice. It is

    FURTHER ORDERED that the Motion for Court to Order Service of Process by U.S. Marshals (ECF No. 4) filed on September 25, 2012, is denied as premature.

    DATED: October 16, 2012, at Denver, Colorado.

                              BY THE COURT:

Case 1:12-cv-02543-LTB Document 5 Filed 10/16/12 USDC Colorado Page 3 of 3

s/Boyd N. Boland
United States Magistrate Judge

3